UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 15894
   TERETHA HARPER
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-7649


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/31/2007 and was confirmed 01/24/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/26/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF AMERICA MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| BANK OF AMERICA MORTGAGE | MORTGAGE ARRE | 12676.36 | .00 | .00 |
| GREEN TREE SERVICING LLC | CURRENT MORTG | .00 | .00 | .00 |
| HSBC AUTOMOTIVE FINANCE | SECURED VEHIC | 9605.38 | 421.72 | 1860.76 |
| NATIONSTAR MORTGAGE LLC | CURRENT MORTG | .00 | .00 | .00 |
| NATIONSTAR MORTGAGE LLC | MORTGAGE ARRE | 2785.57 | .00 | .00 |
| ARROW ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 6266.00 | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1031.40 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 863.00 | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 302.72 | .00 | .00 |
| MUTUAL HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 2489.60 | .00 | .00 |
| OSI COLLECTIONS | UNSECURED | 1446.89 | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| UNIFUND CCR PARTNERS | UNSECURED | NOT FILED | .00 | .00 |
| HSBC AUTOMOTIVE FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | SECURED | 30020.02 | .00 | 3002.04 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 714.12 | .00 | .00 |
| AMERICASH LOANS LLC | FILED LATE | 2297.98 | .00 | .00 |
| ERNESTO D BORGES JR | DEBTOR ATTY | 3,000.00 | | 1,559.44 |
| TOM VAUGHN | TRUSTEE | | | 551.04 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 15894 TERETHA HARPER

```
------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 7,395.00

PRIORITY                                          .00
SECURED                                      4,862.80
     INTEREST                                  421.72
UNSECURED                                         .00
ADMINISTRATIVE                               1,559.44
TRUSTEE COMPENSATION                           551.04
DEBTOR REFUND                                     .00
                       ---------------    ---------------
TOTALS                  7,395.00            7,395.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                         /s/ Tom Vaughn
     Dated: 09/25/08     _____

                         TOM VAUGHN
                         CHAPTER 13 TRUSTEE




                    PAGE   2
        CASE NO. 07 B 15894 TERETHA HARPER